# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAMES KEVIN STATEN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. CIV-08-0655-F |
| ) | |
| DAVID PARKER (WARDEN), et al., ) | |
| ) | |
| Respondents. ) | |

## ORDER

No objection having been filed, after review, the Order/Report and Recommendation of Magistrate Judge Robert E. Bacharach (doc. no. 7) is **ACCEPTED**, **ADOPTED**, and **AFFIRMED** in its entirety. The motion to proceed *in forma pauperis* (doc. no. 2) is dismissed because it is moot, petitioner having paid the filing fee.

Dated this 13th day of August, 2008.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

08-0655p003.wpd